# Court of Appeals
# of the State of Georgia

ATLANTA,___May 14, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1403. ALVIN JAMES v. RCO LEGAL, P. S., INC., et al.

The appeal in this case was docketed on March 18, 2015, making the appellant's briefs and enumerations of error due on April 7, 2015. See Court of Appeals Rules 22; 23 (a). Appellant was given due notice of these facts. See Court of Appeals Rule 13. On April 29, 2015, counsel for appellant filed an untimely motion for an extension of time in which to file his brief and enumerations of error. See Court of Appeals Rule 23 (a) ("Appellant's motion for extension of time to file brief and enumeration of errors must be filed prior to the date the documents are due or the Court may dismiss the appeal.")  Because appellant's motion fails to show good cause for an extension of time, and given that appellant's counsel has a significant recent history of failing to comply with this Court's rules, appellant's untimely motion for an extension of time is DENIED. The instant appeal is hereby DISMISSED. See Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____05/14/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*